## Zivits v. The State.

APPEAL from Tuscaloosa Law and Equity Court.

Tried before the Hon. J. J. MAYFIED.

No counsel marked as appearing for appellant.

WILLIAM C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted for selling spirituous, vinous or malt liquors without a license. This appeal, prosecuted from that judgment is dismissed, there being no question reserved for this court.

Opinion by BRICKELL, C. J.

---

## Martin v. The State.

APPEAL from Montgomery City Court.

Tried before the Hon. A. D. SAYRE.

No counsel marked as appearing for appellant.

WILLIAM C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted of murder, and sentenced to the penitentiary for life. The only question presented on this appeal is the overruling of the defendant's motion in arrest of judgment. The facts pertaining to this motion are substantially the same as contained in the case of *Hurd v. The State*, *ante*, p. 440, and the judgment of conviction is affirmed on the authority of that case.

Opinion by McCLELLAN, J.